TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-00-00221-CV

Ben Hollis, Appellant

v.

The State of Texas, Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 261ST JUDICIAL DISTRICT

NO. 95-12944, HONORABLE MARY PEARL WILLIAMS, JUDGE PRESIDING 

PER CURIAM

 Appellant has filed a Motion to Dismiss. We grant appellant's motion and dismiss
the appeal. See Tex. R. App. P. 42.1(a)(2).

Before Justices Jones, Yeakel and Patterson

Dismissed on Appellant's Motion

Filed: May 25, 2000

Do Not Publish